1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| ROBIN LYNN GRACEY, | Case No.: 1:23-cv-01654-EPG |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2). |
| Defendant. | |

15          Plaintiff seeks judicial review of an administrative decision of the Commissioner of Social

16 Security denying Plaintiff's claim for disability benefits under the Social Security Act. Pending before

17 the Court is Plaintiff's application to proceed *in forma pauperis*. (ECF No. 2). Having reviewed the

18 application, the Court finds that Plaintiff has made the requisite showing under 28 U.S.C. § 1915 in

19 order to proceed *in forma pauperis*.

20          Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma*

21 *pauperis* (ECF No. 2) is GRANTED. The Clerk of Court is directed to issue the following: 1) a

22 Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a

23 Consent to Assignment or Request for Reassignment form.

24

IT IS SO ORDERED.

25

26     Dated:   **December 1, 2023**                    /s/ Erica P. Grosjean

27                                                      UNITED STATES MAGISTRATE JUDGE

28